IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00899-RPM

MICHAEL WOODLAND,

        Plaintiff,

v.

ANDREW THENG,

        Defendant.

_____

ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

Pursuant to the Stipulated Motion for Dismissal without prejudice, filed on July 16, 2007, it is

ORDERED that this action is dismissed without prejudice, each party to bear their own costs and attorneys' fees.

DATED: July 17th, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge